Andrea H. Thompson, OSB No. 084923
andrea.thompson@stoel.com
Ryan S. Kunkel, OSB No. 154671
ryan.kunkel@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| YESSICA MARTINEZ-SANTOS, | Case No.: 6:18-CV-01540-MK |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL** |
| v. | |
| WOODBURN INVESTMENT ASSOCIATES, LTD, a Foreign Limited Partnership, d/b/a CASCADE PARK RETIREMENT CENTER, | |
| Defendant. | |

Based on the Stipulated Notice of Dismissal with Prejudice and Without Costs or Fees to any Party filed by the parties on April 16, 2019, the court finds this case has been fully resolved. Accordingly,

/ / /

/ / /

/ / /

/ / /

Page 1 - STIPULATED JUDGMENT OF DISMISSAL

IT IS ORDERED AND ADJUDGED that: (1) this action is DISMISSED with prejudice and without costs to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

Dated this <u>2nd</u> day of May 2019.

 s/ Mustafa T. Kasubhai
Mustafa T. Kasubhai
United States Magistrate Judge

IT IS SO STIPULATED:

| THE LAW OFFICE OF LARRY L. LINDER, LLC | STOEL RIVES LLP |
|---|---|
| *s/Larry L. Linder* | *s/Ryan S. Kunkel* |
| LARRY L. LINDER, OSB No. 010724 | ANDREA H. THOMPSON, OSB No. 084923 |
| llinder@salememploymentlawyer.com | andrea.thompson@stoel.com |
| DALLAS V. GARNER, OSB No. 171015 | RYAN S. KUNKEL, OSB No. 154671 |
| DGARNER@salememploymentlawyer.com | ryan.kunkel@stoel.com |
| Telephone: 503.585.1804 | Telephone: 503.224.3380 |
| Attorneys for Plaintiff | Attorneys for Defendant |